■ JAMILAH CALLAHAN, an Infant, by LAGINA CALLAHAN, Her Mother and Natural Guardian, et al., Respondents, v MAURICE REALTY, INC., et al., Appellants. [684 NYS2d 776] —Order, Supreme Court, Bronx County (Jerry Crispino, J.), entered April 9, 1998, which denied defendants' motion for summary

judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff has made a prima facie showing that defendants provided inadequate electrical outlets in violation of Administrative Code of the City of New York § 27-3172, and defendants are charged with notice of such violation. Further, we agree with the court that material issues of fact exist with respect to whether defendants' negligence, if any, was a proximate cause of plaintiffs' injuries. Concur—Nardelli, J. P., Wallach, Lerner and Rubin, JJ.